FILED
2016 OCT -5 AM 11:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wuamseejun, WATCHARIN PLAINTIFF(S) v. USA DEFENDANT(S). | CASE NUMBER CR16-257 DWF / TNL M 16 02024 **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: U.S. Dist Court / Indictment
in the ___ District of Minnesota on 9/27/16
at ___ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 9/27/16
in violation of Title 18 U.S.C., Section(s) 1594(c) 1594(b)
to wit: Consp sex Traffick, Consp Forced Labor

A warrant for defendant's arrest was issued by: U.S. District Court MN

Bond of $___ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on OCT 5 ___, by
CINDY L. ORELLANA, Deputy Clerk.

SEAL

| | |
|---|---|
| Thomas J. May | Thomas May |
| Signature of Agent | Print Name of Agent |
| US DHS / HSI | Special Agent |
| Agency | Title |